UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

    -against-

BANK OF NEW YORK MELLON
CORPORATION,

                Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

19 **CIVIL** 2810 (VEC)
19 **CIVIL** 2811 (VEC)
19 **CIVIL** 2812 (VEC)
19 **CIVIL** 2813 (VEC)
19 **CIVIL** 3278 (VEC)
**JUDGMENT**

    -against-

CITIBANK,

                Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

    -against-

MORGAN STANLEY SMITH BARNEY LLC,

                Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

    -against-

TIAA, FSB d/b/a TIAA Bank,

                Defendant.
-----------------------------------------------------------X

---------------------------------------------------X
WILLIAM GRECIA,
                        Plaintiff,

          -against-

SAMSUNG ELECTRONICS AMERICA, INC.,
                        Defendant.
---------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2020, Defendants' motions are GRANTED. Grecia's complaints are dismissed with prejudice without leave to amend; accordingly, the cases are closed.

**Dated:** New York, New York
       March 16, 2020

                                       **RUBY J. KRAJICK**

                                       **Clerk of Court**
                    BY: _____
                                       **Deputy Clerk**